IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 22-30043-H1-13 |
| **Jason Earl Bockel** | § | |
| **Jodi Leigh Bockel** | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

CERTIFICATION
REGARDING PAYMENT ADVICES

**My name is Jodi Leigh Bockel**. I am a debtor in this bankruptcy case. I declare that I did not receive any payment advices or other evidence of payment from any employer during the 60 days before the date of the filing of the bankruptcy petition. If this case is a joint case, both spouses have signed below to make this declaration jointly with respect to both.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on January 17, 2022.

                                                                                       ___/s/ Jodi Leigh Bockel_____
                                                                                          Jodi Leigh Bockel