**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jason** | **Earl** | **Bockel** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jodi** | **Leigh** | **Bockel** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **22-30043-H1-13**
(if known)

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

## Part 1:     Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No.  Go to Part 2.
   ☑ Yes.  Where is the property?

**1.1.**

**9510 UZZEL RD**
Street address, if available, or other description

**MANVEL**      **TX**     **77578**
City            State    ZIP Code

**Brazoria**
County

**9510 UZZEL RD, MANVEL, TX 77578**
**LT 4D2 354 C PRESCOTT MANVEL,**
**ACRES 5.000 IN BRAZORIA COUNTY**
**TEXAS**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $411,010.00 | $411,010.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☑ Check if this is community property
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1.  Write that number here.........................................** ➔

| |
|---|
| **$411,010.00** |

Debtor 1    **Jason Earl Bockel**
Debtor 2    **Jodi Leigh Bockel**                                    Case number (if known)   **22-30043-H1-13**

| **Part 2:** | **Describe Your Vehicles** |

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.    **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions.  Put the |
|---|---|---|---|
| Make: | **Ford** | Check one. | amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: | **F350** | ☐ Debtor 1 only | |
| Year: | **2014** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | **289,640** | ☑ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | $31,187.50        $31,187.50 |
| Other information: | | | |
| **2014 Ford F350** | | ☑ **Check if this is community property** (see instructions) | |

| 3.2. | | Who has an interest in the property? | Do not deduct secured claims or exemptions.  Put the |
|---|---|---|---|
| Make: | **Dodge** | Check one. | amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: | **Challenger** | ☐ Debtor 1 only | |
| Year: | **2013** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | **91,320** | ☑ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | $24,750.00        $24,750.00 |
| Other information: | | | |
| **2013 Dodge Challenger** | | ☑ **Check if this is community property** (see instructions) | |

| 3.3. | | Who has an interest in the property? | Do not deduct secured claims or exemptions.  Put the |
|---|---|---|---|
| Make: | **Buick** | Check one. | amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: | **Enclave** | ☐ Debtor 1 only | |
| Year: | **2012** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | **103,258** | ☐ Debtor 1 and Debtor 2 only | |
| | | ☑ At least one of the debtors and another | $7,525.00        $7,525.00 |
| Other information: | | | |
| **2012 Buick Enclave** | | ☑ **Check if this is community property** (see instructions) | |
| **Daughter In Law Drives and Pays** | | | |

| 3.4. | | Who has an interest in the property? | Do not deduct secured claims or exemptions.  Put the |
|---|---|---|---|
| Make: | **Dodge** | Check one. | amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: | **Ram** | ☐ Debtor 1 only | |
| Year: | **2003** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | **216,587** | ☑ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | $925.00        $925.00 |
| Other information: | | | |
| **2003 Dodge Ram** | | ☑ **Check if this is community property** (see instructions) | |

| 3.5. | | Who has an interest in the property? | Do not deduct secured claims or exemptions.  Put the |
|---|---|---|---|
| Make: | **Ford** | Check one. | amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: | **F350** | ☐ Debtor 1 only | |
| Year: | **2001** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | **402,357** | ☐ Debtor 1 and Debtor 2 only | |
| | | ☑ At least one of the debtors and another | $24,675.00        $24,675.00 |
| Other information: | | | |
| **2001 Ford F350** | | ☑ **Check if this is community property** (see instructions) | |
| **Son's Drives** | | | |

Debtor 1   **Jason Earl Bockel**
Debtor 2   **Jodi Leigh Bockel**           Case number (if known)  **22-30043-H1-13**

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
     *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

     ☑ No
     ☐ Yes

5.   **Add the dollar value of the portion you own for all of your entries from Part 2, including any**
     **entries for pages you have attached for Part 2. Write that number here**............................................. ➔    **$89,062.50**

| **Part 3:** | **Describe Your Personal and Household Items** |
| --- | --- |

Do you own or have any legal or equitable interest in any of the following items?

                                     **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.   **Household goods and furnishings**
     *Examples:* Major appliances, furniture, linens, china, kitchenware

     ☐ No
     ☑ Yes.  Describe.....  **See continuation page(s).**           **$3,850.00**

7.   **Electronics**
     *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
                music collections; electronic devices including cell phones, cameras, media players, games

     ☐ No
     ☑ Yes.  Describe.....  **2 TV's $500, Stereo $25, Computer $100, Printer $30, 2 Cell Phones $500**    **$1,155.00**

8.   **Collectibles of value**
     *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
                stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

     ☑ No
     ☐ Yes.  Describe.....

9.   **Equipment for sports and hobbies**
     *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
                canoes and kayaks; carpentry tools; musical instruments

     ☐ No
     ☑ Yes.  Describe.....  **Carpentry Tools**           **$200.00**

10.  **Firearms**
     *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

     ☑ No
     ☐ Yes.  Describe.....

11.  **Clothes**
     *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

     ☐ No
     ☑ Yes.  Describe.....  **Clothing and Shoes**           **$1,000.00**

12.  **Jewelry**
     *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
                gold, silver

     ☐ No
     ☑ Yes.  Describe.....  **Jewelry and Watches**           **$520.00**

Debtor 1   **Jason Earl Bockel**

Debtor 2   **Jodi Leigh Bockel**                                    Case number (if known)   **22-30043-H1-13**

**13.   Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

☑ Yes.   Describe.....   | **3 Dogs $100, Cat $10** |                               **$110.00**

**14.   Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes.   Give specific information............

**15.   Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3.  Write the number here...................................................................** →   **$6,835.00**

---

| **Part 4:** | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16.   Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes...................................................................................   Cash:  .........................   **$200.00**

**17.   Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes............................   Institution name:

17.1.   Checking account:   **First State Bank**
**Checking account xxxx 4088**                          **$1.00**

17.2.   Checking account:   **First State Bank**
**Checking account xxxx 4070**                          **$1.00**

**18.   Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes............................   Institution or issuer name:

**19.   Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes.   Give specific information about them..........................   Name of entity:                          % of ownership:

**Jason Bockel DBA**                                                   **$0.00**

---

Official Form 106A/B                          **Schedule A/B: Property**                          page 4

Debtor 1  **Jason Earl Bockel**
Debtor 2  **Jodi Leigh Bockel**                                    Case number (if known)  **22-30043-H1-13**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific
    information about
    them.......................... Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
    profit-sharing plans

    ☑ No
    ☐ Yes. List each
    account separately.   Type of account:     Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
    companies, or others

    ☑ No
    ☐ Yes.............................                Institution name or individual:

23. **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)
    ☑ No
    ☐ Yes............................. Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☑ No
    ☐ Yes............................. Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or
    powers exercisable for your benefit**

    ☑ No
    ☐ Yes. Give specific
    information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes. Give specific
    information about them

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No
    ☐ Yes. Give specific
    information about them

**Money or property owed to you?**

|  | **Current value of the
portion you own?**
Do not deduct secured
claims or exemptions. |
| --- | --- |

28. **Tax refunds owed to you**

    ☐ No
    ☑ Yes. Give specific information    **Federal: 2021 Estimated Tax Refund.  Amt: $1,263.00**    Federal:    **$1,263.00**
    about them, including whether
    you already filed the returns                                                              State:    **$0.00**
    and the tax years.....................
                                                                                               Local:    **$0.00**

| Debtor 1 | **Jason Earl Bockel** | | |
|---|---|---|---|
| Debtor 2 | **Jodi Leigh Bockel** | Case number (if known) | **22-30043-H1-13** |

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information _____

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company of each policy and list its value................

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Car Insurance | | $1.00 |
| Homeowners Insurance | | $1.00 |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No

☐ Yes. Give specific information _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim........ _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim........ _____

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information _____

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................ ➔ | **$1,467.00** |

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☑ Yes. Go to line 38.

Debtor 1    **Jason Earl Bockel**

Debtor 2    **Jodi Leigh Bockel**                                    Case number (if known)   __22-30043-H1-13__

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe..

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

☑ Yes. Describe.. | **Laptop $250, Printer $250** | **$500.00**

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No

☑ Yes. Describe.. | **2017 Homemade Flat Trailer** | **$500.00**

**41. Inventory**

☑ No

☐ Yes. Describe..

**42. Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe..... Name of entity:                          % of ownership:

**43. Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ☐ No

   ☐ Yes. Describe....

**44. Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information.

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here...............................................................................** ➔ | **$1,000.00**

---

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes....

Debtor 1   **Jason Earl Bockel**

Debtor 2   **Jodi Leigh Bockel**                                           Case number (if known)   **22-30043-H1-13**

**48.   Crops--either growing or harvested**

☑ No

☐ Yes.  Give specific
information................

**49.   Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes....

**50.   Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes....

**51.   Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes.  Give specific
information................

**52.   Add the dollar value of all of your entries from Part 6, including any entries for pages you have
attached for Part 6. Write that number here...........................................................** ➔   **$0.00**

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

**53.   Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No

☐ Yes.  Give specific information.

**54.   Add the dollar value of all of your entries from Part 7.  Write that number here...............................** ➔   **$0.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |

**55.   Part 1: Total real estate, line 2..........................................................................** ➔   **$411,010.00**

**56.   Part 2: Total vehicles, line 5**                                        **$89,062.50**

**57.   Part 3: Total personal and household items, line 15**                    **$6,835.00**

**58.   Part 4: Total financial assets, line 36**                                **$1,467.00**

**59.   Part 5: Total business-related property, line 45**                       **$1,000.00**

**60.   Part 6: Total farm- and fishing-related property, line 52**              **$0.00**

**61.   Part 7: Total other property not listed, line 54**                  +   **$0.00**

**62.   Total personal property.**   Add lines 56 through 61...................   **$98,364.50**   Copy personal property total ➔ +   **$98,364.50**

**63.   Total of all property on Schedule A/B.**   Add line 55 + line 62.........................................   **$509,374.50**

Debtor 1    **Jason Earl Bockel**
Debtor 2    **Jodi Leigh Bockel**                                          Case number (if known)   **22-30043-H1-13**

6.    <u>Household goods and furnishings (details):</u>

**Lawnmover Zero Turn Chopper**                                                                    **$2,000.00**

**Sofa $50, 2 End Tables $20, 2 Lamps $20, Towels/Linens $10, Kitchen Table with Chairs $10,**       **$1,850.00**
**Pots & Pans $30, Dishes/Glasses/Flatware $50, 2 Beds $300, Chest $50,  Dresser $50, 2**
**Nightstands $25, Refrigerator $100, Stove $100,  Washer $100, Dryer $100, Microwave $20,**
**Vacuum Cleaner $25, Desk $25, Lawn Equipment $150, Misc. Tools $200, 2 Mirrors $50, Patio**
**Furniture $100, BBQ Pit $75, Pictures $100**

| **Fill in this information to identify your case:** |
|---|

| Debtor 1 | **Jason** | **Earl** | **Bockel** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jodi** | **Leigh** | **Bockel** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **22-30043-H1-13**
(if known)

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt          04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| **Part 1:** | **Identify the Property You Claim as Exempt** |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**9510 UZZEL RD, MANVEL, TX 77578 LT 4D2 354 C PRESCOTT MANVEL, ACRES 5.000 IN BRAZORIA COUNTY TEXAS**<br>Line from *Schedule A/B:* __1.1__ | **$411,010.00** | ☑ **$101,754.57**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description:<br>**2014 Ford F350 (approx. 289,640 miles) 2014 Ford F350**<br>Line from *Schedule A/B:* __3.1__ | **$31,187.50** | ☑ **$24,749.50**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**2013 Dodge Challenger (approx. 91,320 miles) 2013 Dodge Challenger**<br>Line from *Schedule A/B:* __3.2__ | **$24,750.00** | ☑ **$6,433.97**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

| | |
|---|---|
| Debtor 1 **Jason Earl Bockel** | |
| Debtor 2 **Jodi Leigh Bockel** | Case number (if known) **22-30043-H1-13** |

---

**Part 2:**     Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2012 Buick Enclave (approx. 103,258 miles)**<br>**2012 Buick Enclave**<br>**Daughter In Law Drives and Pays**<br>Line from *Schedule A/B*: __3.3__ | **$7,525.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**2003 Dodge Ram (approx. 216,587 miles)**<br>**2003 Dodge Ram**<br>Line from *Schedule A/B*: __3.4__ | **$925.00** | ☑ **$925.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**2001 Ford F350 (approx. 402,357 miles)**<br>**2001 Ford F350**<br>**Son's Drives**<br>Line from *Schedule A/B*: __3.5__ | **$24,675.00** | ☑ **$24,675.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**Lawnmover Zero Turn Chopper**<br>Line from *Schedule A/B*: __6__ | **$2,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Sofa $50, 2 End Tables $20, 2 Lamps $20, Towels/Linens $10, Kitchen Table with Chairs $10, Pots & Pans $30, Dishes/Glasses/Flatware $50, 2 Beds $300, Chest $50, 2 Nightstands $25, Refrigerator $100, Stove $100, Washer $100, Dryer $100, Microwave $20, Vacuum Cleaner $25, Desk $25, Lawn Equipment $150, Misc. Tools $200, 2 Mirrors $50, Patio Furniture $100, BBQ Pit $75, Pictures $100**<br>Line from *Schedule A/B*: __6__ | **$1,850.00** | ☑ **$1,850.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**2 TV's $500, Stereo $25, Computer $100, Printer $30, 2 Cell Phones $500**<br>Line from *Schedule A/B*: __7__ | **$1,155.00** | ☑ **$1,155.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Carpentry Tools**<br>Line from *Schedule A/B*: __9__ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**Clothing and Shoes**<br>Line from *Schedule A/B*: __11__ | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |

| Debtor 1 | **Jason Earl Bockel** | | |
|---|---|---|---|
| Debtor 2 | **Jodi Leigh Bockel** | | Case number (if known)   **22-30043-H1-13** |

---

**Part 2:**   **Additional Page**

---

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Jewelry and Watches**<br><br>Line from *Schedule A/B*:   **12** | $520.00 | ☑ $520.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**3 Dogs $100, Cat $10**<br><br>Line from *Schedule A/B*:   **13** | $110.00 | ☑ $110.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |
| Brief description:<br>**Car Insurance**<br><br>Line from *Schedule A/B*:   **31** | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**Homeowners Insurance**<br><br>Line from *Schedule A/B*:   **31** | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**Laptop $250, Printer $250**<br><br>Line from *Schedule A/B*:   **39** | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**2017 Homemade Flat Trailer**<br><br>Line from *Schedule A/B*:   **40** | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Jason Earl Bockel**
**Jodi Leigh Bockel**

CASE NO   **22-30043-H1-13**

CHAPTER   **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------| --------------------|-------------------------|
| 1. | Real property | $411,010.00 | $309,255.43 | $101,754.57 | $101,754.57 | $0.00 |
| 3. | Motor vehicles (cars, etc.) | $89,062.50 | $35,644.03 | $56,783.47 | $56,783.47 | $0.00 |
| 4. | Water/Aircraft, Motor Homes, Rec. veh. and access. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $3,850.00 | $2,160.00 | $1,850.00 | $1,850.00 | $0.00 |
| 7. | Electronics | $1,155.00 | $0.00 | $1,155.00 | $1,155.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $200.00 | $0.00 | $200.00 | $200.00 | $0.00 |
| 10. | Firearms | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Clothes | $1,000.00 | $0.00 | $1,000.00 | $1,000.00 | $0.00 |
| 12. | Jewelry | $520.00 | $0.00 | $520.00 | $520.00 | $0.00 |
| 13. | Non-farm animals | $110.00 | $0.00 | $110.00 | $110.00 | $0.00 |
| 14. | Unlisted pers. and household items- incl. health aids | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $200.00 | $0.00 | $200.00 | $0.00 | $200.00 |
| 17. | Deposits of money | $2.00 | $0.00 | $2.00 | $0.00 | $2.00 |
| 18. | Bonds, mutual funds or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Non-pub. traded stock and int. in businesses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Govt. and corp. bonds and other instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interests in an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equit. or future int. (not in line 1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Patents, copyrights, and other intellectual prop. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, franchises, other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds owed to you | $1,263.00 | $0.00 | $1,263.00 | $0.00 | $1,263.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Jason Earl Bockel**
       **Jodi Leigh Bockel**

CASE NO   **22-30043-H1-13**

CHAPTER   **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts someone owes you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Interests in insurance policies | $2.00 | $0.00 | $2.00 | $2.00 | $0.00 |
| 32. | Any int. in prop. due you from someone who has died | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims vs. third parties, even if no demand | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Other contin. and unliq. claims of every nature | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Any financial assets you did not already list | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts rec. or commissions you already earned | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $500.00 | $0.00 | $500.00 | $500.00 | $0.00 |
| 40. | Mach., fixt., equip., bus. suppl., tools of trade | $500.00 | $0.00 | $500.00 | $500.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer and mailing lists, or other compilations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Any business-related property not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops--either growing or harvested | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Farm/fishing equip., impl., mach., fixt., tools | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Farm and fishing supplies, chemicals, and feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Farm/commercial fishing-related prop. not listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Any other property of any kind not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$509,374.50** | **$347,059.46** | **$165,840.04** | **$164,375.04** | **$1,465.00** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Jason Earl Bockel**                                    CASE NO    **22-30043-H1-13**
        **Jodi Leigh Bockel**

                                                                CHAPTER    **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Surrendered Property:**

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes
of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

**Non-Exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| Cash on Hand | $200.00 | | $200.00 | $200.00 |
| First State Bank | $1.00 | | $1.00 | $1.00 |
| First State Bank | $1.00 | | $1.00 | $1.00 |
| 2021 Estimated Tax Refund | $1,263.00 | | $1,263.00 | $1,263.00 |
| **TOTALS:** | $1,465.00 | $0.00 | $1,465.00 | $1,465.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Jason Earl Bockel**                                         CASE NO   **22-30043-H1-13**
**Jodi Leigh Bockel**

CHAPTER    **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 3*

| Summary | |
|---|---:|
| A. Gross Property Value (not including surrendered property) | **$509,374.50** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$509,374.50** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$347,059.46** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$347,059.46** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$165,840.04** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$165,840.04** |
| J. Total Exemptions Claimed | **$164,375.04** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$1,465.00** |

**Fill in this information to identify your case:**

| Debtor 1 | Jason | Earl | Bockel |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | Jodi | Leigh | Bockel |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **22-30043-H1-13**
(if known)

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1**

**American Credit Acceptance**
Creditor's name
**Attn: Bankruptch**
Number     Street
**961 East Main Street**

Describe the property that secures the claim:

**2012 Buick Enclave**

Column A: **$10,890.00**  Column B: **$7,525.00**  Column C: **$3,365.00**

| Spartanburg | SC | 29302 |
|---|---|---|
| City | State | ZIP Code |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Automobile**

Date debt was incurred **05/13/2019**   Last 4 digits of account number **5  0  7  5**

**Son Drives and Pays**

Add the dollar value of your entries in Column A on this page. Write that number here:   **$10,890.00**

Debtor 1    **Jason Earl Bockel**
Debtor 2    **Jodi Leigh Bockel**

Case number (if known)   **22-30043-H1-13**

| | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **Part 1:** | | | | |

---

**2.2**

**BB&T**
Creditor's name
**Attn: Bankruptcy**
Number    Street
**PO Box 1847**

_____

**Wilson        NC    27894**
City             State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred**    05/2017

Describe the property that
secures the claim:    **$2,160.00**    **$2,000.00**    **$160.00**

**Lawnmover**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Secured**

**Last 4 digits of account number**    7    6    0    4

---

**2.3**

**Brazoria County Tax Assessor**
Creditor's name
**111 E. Locust Street**
Number    Street

_____

**Angleton        TX    77515**
City             State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred**    _____

Describe the property that
secures the claim:    **$10,171.49**    **$411,010.00**

**9510 UZZEL RD, MANVEL, TX 77578**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Property Taxes**

**Last 4 digits of account number**    ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**    **$12,331.49**

Debtor 1   **Jason Earl Bockel**
Debtor 2   **Jodi Leigh Bockel**

Case number (if known)   **22-30043-H1-13**

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them<br>sequentially from the previous page. | | | |

**2.4**

**Chase Auto Finance**
Creditor's name
**Attn: Bankruptcy**
Number   Street
**PO Box 901076**

**Fort Worth      TX    76101**
City                        State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates
to a community debt**

Date debt was incurred   **02/2016**

Describe the property that
secures the claim:
**2014 Ford F350**

| | |
|---|---|
| $6,438.00 | $31,187.50 |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Automobile**

Last 4 digits of account number     **0    5    0    2**

**2.5**

**Conn's HomePlus**
Creditor's name
**2445 Technology Forest Boulevard**
Number   Street
**Building 4, Suite 800**

**The Woodlands    TX    77381**
City                        State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates
to a community debt**

Date debt was incurred   **10/2019**

Describe the property that
secures the claim:
**TV and Appliances**

| | | |
|---|---|---|
| $6,957.00 | $500.00 | $6,457.00 |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Secured**

Last 4 digits of account number     **6    6    7    0**

Add the dollar value of your entries in Column A on this page. Write
that number here:

| |
|---|
| $13,395.00 |

| Debtor 1 | **Jason Earl Bockel** | | |
|---|---|---|---|
| Debtor 2 | **Jodi Leigh Bockel** | Case number (if known) | **22-30043-H1-13** |

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.6**

**Conn's HomePlus**
Creditor's name
**2445 Technology Forest Boulevard**
Number    Street
**Building 4, Suite 800**

**The Woodlands    TX    77381**
City              State   ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred**    10/2019

**Describe the property that secures the claim:**

**TV and Appliances**

| $4,875.00 | $500.00 | $4,375.00 |
|---|---|---|

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Secured**

**Last 4 digits of account number**    5  9  7  0

---

**2.7**

**Realvest Servies LLC**
Creditor's name
**2651 Pearland Parkway, Ste 102**
Number    Street

**Pearland    TX    77581**
City          State   ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred**

**Describe the property that secures the claim:**

**9510 UZZEL RD, MANVEL, TX 77578**

| $299,083.94 | $411,010.00 | |
|---|---|---|

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Mortgage**

**Last 4 digits of account number**    5  6  4  9

---

**Add the dollar value of your entries in Column A on this page.  Write that number here:**

| $303,958.94 |
|---|

Debtor 1   **Jason Earl Bockel**
Debtor 2   **Jodi Leigh Bockel**

Case number (if known)   **22-30043-H1-13**

| | **Part 1:** | **Additional Page** | **Column A** Amount of claim Do not deduct the value of collateral | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|---|

**Part 1:**   **Additional Page**
After listing any entries on this page, number them sequentially from the previous page.

| | **Column A** Amount of claim Do not deduct the value of collateral | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|

**2.8**

**Realvest Servies LLC**
Creditor's name
**2651 Pearland Parkway, Ste 102**
Number     Street

Describe the property that secures the claim:

$14,967.18     $14,967.18

**9510 UZZEL RD, MANVEL, TX 77578**

**Pearland          TX   77581**
City               State   ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Mortgage arrears**

Date debt was incurred     **Various**     Last 4 digits of account number     **5   6   4   9**

**2.9**

**Realvest Servies LLC**
Creditor's name
**2651 Pearland Parkway, Ste 102**
Number     Street

Describe the property that secures the claim:

$82,359.60     $82,359.60

**9510 UZZEL RD, MANVEL, TX 77578**

**Pearland          TX   77581**
City               State   ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Escrow Claim**

Date debt was incurred     **Various**     Last 4 digits of account number     **5   6   4   9**

Add the dollar value of your entries in Column A on this page.  Write that number here:

$97,326.78

Debtor 1  **Jason Earl Bockel**

Debtor 2  **Jodi Leigh Bockel**

Case number (if known)  __22-30043-H1-13__

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.10 |

**Santander Consumer USA**
Creditor's name

**Attn: Bankruptcy**
Number    Street

**PO Box 961245**

_____

**Fort Worth**      **TX**    **76161**
City                State  ZIP Code

**Describe the property that secures the claim:**

**2013 Dodge Challenger**

$18,316.03          $24,750.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Automobile**

Date debt was incurred  __04/17/2019__    Last 4 digits of account number  __1__  __0__  __0__  __0__

**Add the dollar value of your entries in Column A on this page. Write that number here:**

$18,316.03

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**

$456,218.24

Debtor 1   **Jason Earl Bockel**
Debtor 2   **Jodi Leigh Bockel**                                    Case number (if known)   **22-30043-H1-13**

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

1   **Cordoba Law Firm**                                          On which line in Part 1 did you enter the creditor?   **2.7**
    Name
    **85 Oak Dr, Suite 102**                                      Last 4 digits of account number    ___ ___ ___ ___
    Number      Street


    **Lake Jackson**                        **TX**   **77566**
    City                                    State    ZIP Code

2   **Scott & Associates**                                        On which line in Part 1 did you enter the creditor?   **2.5**
    Name
    **PO Box 115220**                                             Last 4 digits of account number    ___ ___ ___ ___
    Number      Street


    **Carrollton**                          **TX**   **75011**
    City                                    State    ZIP Code

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jason** | **Earl** | **Bockel** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jodi** | **Leigh** | **Bockel** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **22-30043-H1-13**
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2.   **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | $150,000.00 | $150,000.00 | $0.00 |

**Internal Revenue Service**
Priority Creditor's Name
**Centralized Insolvency Operation**
Number        Street
**P.O. Box 7346**

**Philadelphia          PA        19101-7346**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  2016-2019

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Debtor 1   **Jason Earl Bockel**

Debtor 2   **Jodi Leigh Bockel**

Case number (if known)   **22-30043-H1-13**

| | | | | |
|---|---|---|---|---|
| **Part 1:** | **Your PRIORITY Unsecured Claims -- Continuation Page** | | | |

| After listing any entries on this page, number them sequentially from the previous page. | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.2** | | **$3,487.00** | **$3,487.00** | **$0.00** |

**Keeling Law Firm**
Priority Creditor's Name

**3310 Katy Freeway**
Number        Street

**Suite 200**

**Houston**                 **TX**     **77007**
City                              State    ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?**   01/03/2022

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other.  Specify
   **Attorney fees for this case**

Debtor 1   **Jason Earl Bockel**

Debtor 2   **Jodi Leigh Bockel**                                    Case number (if known)   **22-30043-H1-13**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

   ☒ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**

   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

---

**4.1**                                                                                                   **$719.00**

**Account Management Ser**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
Number       Street
**6101 Ball Road, Suite 207**

**Cypress**                    **CA**    **90630**
City                                 State     ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**   **0   1   6   2**

**When was the debt incurred?**   **05/2017**

**As of the date you file, the claim is:**  Check that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **DIGESTIVE LIVER CENTER PA**

---

**4.2**                                                                                                   **$888.00**

**Account Resolution Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number       Street
**PO Box 459079**

**Sunrise**                    **FL**    **33345**
City                                 State     ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**   **7   0   0   0**

**When was the debt incurred?**   **12/2019**

**As of the date you file, the claim is:**  Check that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **ACS PRIM CR PHYS SW PA**

---

Debtor 1   **Jason Earl Bockel**

Debtor 2   **Jodi Leigh Bockel**                                      Case number (if known)   **22-30043-H1-13**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.3

**Amoco Federal Credit Union**
Nonpriority Creditor's Name
**P.O. Box 889**
Number        Street

**$9,250.78**

**Last 4 digits of account number**   **0   1   5   0**

**When was the debt incurred?**   **06/2017**

**Texas City**            **TX**   **77592-0889**
City                      State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Automobile**

### 4.4

**Century Asphalt Ltd**
Nonpriority Creditor's Name
**c/o Ted Walker, The Walker Law Firm**
Number        Street
**PO Box 62**

**$23,178.95**

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**Jasper**                **TX**   **75951**
City                      State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Outstanding Balance**

### 4.5

**Chase Card Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 15298**

**$3,959.00**

**Last 4 digits of account number**   **3   7   7   3**

**When was the debt incurred?**   **10/2016**

**Wilmington**            **DE**   **19850**
City                      State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

Debtor 1    **Jason Earl Bockel**
Debtor 2    **Jodi Leigh Bockel**

Case number (if known)   **22-30043-H1-13**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

**4.6**

**$534.47**

**CKS Financial, LLC**
Nonpriority Creditor's Name
**PO Box 2856**
Number        Street

_____

**Chesapeake**          **VA**   **23327**
City              State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **4   7   3   0**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
     that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
     **Galaxy International Purchasing/the Bank of Missou**

---

**4.7**

**$488.00**

**Country Door/Swiss Colony**
Nonpriority Creditor's Name
**Attn:Bankruptcy**
Number        Street
**1112 Seventh Ave**

_____

**Monroe**          **WI**   **53566**
City              State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **4   5   3   O**

**When was the debt incurred?**   **10/2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
     that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
     **Charge Account**

---

**4.8**

**$954.00**

**Credit Management LP**
Nonpriority Creditor's Name
**6080 Tennyson Parkway**
Number        Street
**Suite 100**

_____

**Plano**          **TX**   **75024**
City              State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **7   1   8   9**

**When was the debt incurred?**   **10/16/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
     that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
     **AMBIT ENERGY**

---

Debtor 1   **Jason Earl Bockel**
Debtor 2   **Jodi Leigh Bockel**                                    Case number (if known)   **22-30043-H1-13**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.9**                                                                          **$14,509.00**

**EnerBankUSA**
Nonpriority Creditor's Name
**1245 Brickyard Road**
Number        Street
**Suite 600**

**Salt Lake City        UT      84106**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **6   4   0   5**
**When was the debt incurred?**   **05/2018**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unsecured**

---

**4.10**                                                                          **$1,609.00**

**Enhanced Recovery Company**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**8014 Bayberry Road**

**Jacksonville        FL      32256**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **6   8   6   1**
**When was the debt incurred?**   **01/2020**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **AT T**

---

**4.11**                                                                          **$12,465.71**

**HCTR - Violations**
Nonpriority Creditor's Name
**Dept 11**
Number        Street
**PO Box 4440**

**Houston        TX      77210-4440**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **0   3   2   0**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unsecured Debt**

---

Debtor 1   **Jason Earl Bockel**
Debtor 2   **Jodi Leigh Bockel**                    Case number (if known)   **22-30043-H1-13**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the
previous page.

<span style="background:gray">**Total claim**</span>

---

**4.12**                                                                              **$77.00**

**IC Systems, Inc**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 64378**

**St. Paul**                    **MN**    **55164**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   **9  0  3  0**
**When was the debt incurred?**   **01/2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **MEMORIAL HERMANN MEDICAL GROUP**

---

**4.13**                                                                              **$868.96**

**LVNV Funding, LLC**
Nonpriority Creditor's Name
**Resurgent Capital Services**
Number        Street
**PO Box 10587**

**Greenville**                  **SC**    **29603-0587**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   **2  1  4  5**
**When was the debt incurred?**   **01/2021**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **CITIBANK**

---

**4.14**                                                                              **$500.00**

**Midnight Velvet**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**1112 7th Avenue**

**Monroe**                      **WI**    **53566**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   **4  2  9  0**
**When was the debt incurred?**   **10/2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Charge Account**

---

Debtor 1    **Jason Earl Bockel**
Debtor 2    **Jodi Leigh Bockel**                                  Case number (if known)  **22-30043-H1-13**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

---

**4.15** | | **$2,749.00**

**Nelnet Loans**
Nonpriority Creditor's Name
**Attn: Bankruptcy Claims**
Number        Street
**PO Box 82505**

**Lincoln**              **NE**   **68501**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **7   5   7   4**
**When was the debt incurred?**   **09/2004**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

---

**4.16** | | **$2,756.95**

**Nelnet on behalf of College Assist**
Nonpriority Creditor's Name
**College Assist**
Number        Street
**PO Box 16358**

**St. Paul**              **MN**   **55116**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **4   7   1   6**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

---

**4.17** | | **$3,360.00**

**Republic Finance**
Nonpriority Creditor's Name
**282 Tower Ro**
Number        Street

**Ponchatoula**           **LA**   **70454**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **2   6   0   8**
**When was the debt incurred?**   **12/2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Outstanding Balance**

---

Debtor 1   **Jason Earl Bockel**
Debtor 2   **Jodi Leigh Bockel**                        Case number (if known)   **22-30043-H1-13**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

---

**4.18** | | **$1,818.00**

**Security Finance**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 1893**

**Spartanburg**              **SC**     **29304**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **0   5   7   2**
**When was the debt incurred?**   **10/25/2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Unsecured**

---

**4.19** | | **$1,178.00**

**Security Finance**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 1893**

**Spartanburg**              **SC**     **29304**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **0   5   7   2**
**When was the debt incurred?**   **10/11/2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Unsecured**

---

**4.20** | | **$2,162.50**

**Sheffield Financial, a division of Truis**
Nonpriority Creditor's Name
**PO Box 1847**
Number        Street

**Wilson**                   **NC**     **27894-1847**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **4   7   6   4**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Outstanding Balance**

---

Debtor 1   **Jason Earl Bockel**

Debtor 2   **Jodi Leigh Bockel**

Case number (if known)   **22-30043-H1-13**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.21**

**$615.00**

**Specialized Collection Systems, Inc.**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number       Street
**PO Box 441508**

**Houston**      **TX**    **77244**
City       State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **1**   **7**   **1**   **3**

When was the debt incurred?   **06/2019**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical Debt**

---

**4.22**

**$1,412.00**

**Sun Loan #108**
Nonpriority Creditor's Name
**1712 S Gordon St**
Number       Street

**Alvin**      **TX**    **77511**
City       State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **9**   **3**   **7**   **7**

When was the debt incurred?   **10/2019**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Note Loan**

---

**4.23**

**$360.00**

**SWC Group**
Nonpriority Creditor's Name
**4120 International Parkway #100**
Number       Street

**Carrollton**      **TX**    **75007**
City       State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **6**   **7**   **3**   **8**

When was the debt incurred?   **10/2019**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **AAA**

---

Debtor 1   **Jason Earl Bockel**

Debtor 2   **Jodi Leigh Bockel**

Case number (if known)   **22-30043-H1-13**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.24**

**TXU/Texas Energy**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 650700**

**Dallas**                **TX**    **75265**
City                      State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **1   8   8   6**

When was the debt incurred?    **11/2019**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Agriculture**

**$2,411.00**

---

**4.25**

**Wells Fargo Dealer Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**1100 Corporate Center Drive**

**Raleigh**               **NC**    **27607**
City                      State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **7   2   1   7**

When was the debt incurred?    **09/2017**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Deficiency Claim**

**$9,225.00**

---

**4.26**

**Western Shamrock Corporation**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**801 South Abe Street**

**San Angelo**            **TX**    **76903**
City                      State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **Z   0   0   1**

When was the debt incurred?    **10/18/2019**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Outstanding Balance**

**$1,608.00**

---

Debtor 1   **Jason Earl Bockel**

Debtor 2   **Jodi Leigh Bockel**

Case number (if known)   **22-30043-H1-13**

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| Total claim |
| --- |
| **$662.00** |

4.27

**Western Shamrock Corporation**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number       Street
**801 South Abe Street**

**San Angelo          TX      76903**
City                    State      ZIP Code

**Who incurred the debt?**      Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**      **Z   0   0   1**

**When was the debt incurred?**      **10/25/2019**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
     that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
     **Note Loan**

Debtor 1   **Jason Earl Bockel**
Debtor 2   **Jodi Leigh Bockel**                                    Case number (if known)   **22-30043-H1-13**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5.   **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

**TRS Recovery Services**
Name
**1600 Terrell Mill Road**
Number        Street


**Marietta**                     **GA**     **30067**
City                          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.3**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

Debtor 1   **Jason Earl Bockel**

Debtor 2   **Jodi Leigh Bockel**

Case number (if known)   **22-30043-H1-13**

## Part 4:   Add the Amounts for Each Type of Unsecured Claim

6.   Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
     28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a.   **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b.   **$150,000.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c.   **$0.00** |
| | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. **+**   **$3,487.00** |
| | 6e. | **Total.**  Add lines 6a through 6d. | 6d.   **$153,487.00** |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f.   **$5,505.95** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g.   **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h.   **$0.00** |
| | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. **+**   **$94,813.37** |
| | 6j. | **Total.**  Add lines 6f through 6i. | 6j.   **$100,319.32** |

**Fill in this information to identify your case:**

| Debtor 1 | Jason | Earl | Bockel |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Jodi | Leigh | Bockel |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number  **22-30043-H1-13**
(if known)

☐ Check if this is an amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

☐ No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| 2.1  **Keeling Law Firm** | **Legal Serivces** |
| Name | **Contract to be ASSUMED** |
| **3310 Katy Freeway, Ste. 200** | |
| Number     Street | |
| | |
| **Houston**                **TX**     **77007** | |
| City                           State     ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jason** | **Earl** | **Bockel** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jodi** | **Leigh** | **Bockel** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **22-30043-H1-13**
(if known)

☐ Check if this is an amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☒ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
   ☐ No.  Go to line 3.
   ☒ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?
       ☐ No
       ☒ Yes

   In which community state or territory did you live?  **Texas**  Fill in the name and current address of that person.

   **Jodi Leigh Bockel**
   Name of your spouse, former spouse, or legal equivalent
   **9510 Uzzell Road**
   Number        Street

   **Manvel**                          **TX**        **77578**
   City                                   State       ZIP Code

3. **In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G).  Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.1 | **Tyler Bockel** |
|---|---|
| | Name |

**9510 Uzzell Road**
Number        Street

**Manvel**                          **TX**        **77578**
City                                   State       ZIP Code

☒ Schedule D, line   **2.1**
☐ Schedule E/F, line
☐ Schedule G, line
**American Credit Acceptance**

Debtor 1    **Jason Earl Bockel**
Debtor 2    **Jodi Leigh Bockel**                                    Case number (if known)   **22-30043-H1-13**

## Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**                                    *Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.2 | **Tyler Bockel** | | | ☑ Schedule D, line    **2.7** |
| | Name | | | |
| | **9510 Uzzell Road** | | | ☐ Schedule E/F, line _____ |
| | Number    Street | | | |
| | | | | ☐ Schedule G, line _____ |
| | **Manvel** | **TX** | **77578** | **Realvest Servies LLC** |
| | City | State | ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jason** | **Earl** | **Bockel** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Jodi** | **Leigh** | **Bockel** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known)   **22-30043-H1-13**

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| **Occupation** | Sub-contractor | Housewife |
| **Employer's name** | Loan Star Asphalt | |
| **Employer's address** | 9510 Uzzell Road | |
| | Number  Street | Number  Street |
| | Manvel    TX   77578 | |
| | City    State   Zip Code | City    State   Zip Code |
| **How long employed there?** | 6 Years | |

## Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $0.00 | $0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $0.00 | $0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $0.00 | $0.00 |

Debtor 1    **Jason Earl Bockel**

Debtor 2    **Jodi Leigh Bockel**

Case number (if known)   **22-30043-H1-13**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here .................................................... → | 4. | $0.00 | $0.00 |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a.  Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $0.00 |
| 5b.  Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| 5c.  Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| 5d.  Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e.  Insurance | 5e. | $0.00 | $0.00 |
| 5f.  Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g.  Union dues | 5g. | $0.00 | $0.00 |
| 5h.  Other deductions.<br>Specify: _____ | 5h.+ | $0.00 | $0.00 |

**6.** **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.   | 6. | $0.00 | $0.00 |

**7.** **Calculate total monthly take-home pay.**   Subtract line 6 from line 4.   | 7. | $0.00 | $0.00 |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a.  **Net income from rental property and from operating a business, profession, or farm**<br><br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $9,500.00 | $0.00 |
| 8b.  **Interest and dividends** | 8b. | $0.00 | $0.00 |
| 8c.  **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br><br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| 8d.  **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| 8e.  **Social Security** | 8e. | $0.00 | $0.00 |
| 8f.  **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g.  **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| 8h.  **Other monthly income.**<br>Specify:  **Son's Car Payment Contribution** | 8h.+ | $0.00 | $446.00 |

**9.** **Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   | 9. | $9,500.00 | $446.00 |

**10.** **Calculate monthly income.**  Add line 7 + line 9.   | 10. | $9,500.00 | + | $446.00 | = | $9,946.00 |

Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____   | 11. + | $0.00 |

**12.** **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.   | 12. | $9,946.00 |

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

None.

| | | |
|---|---|---|
| Debtor 1 | **Jason Earl Bockel** | |
| Debtor 2 | **Jodi Leigh Bockel** | Case number (if known)   **22-30043-H1-13** |

8a.  Attached Statement (Debtor 1)

### Loan Star Asphalt

**Gross Monthly Income:**                                                                                      **$38,000.00**

| Expense | Category | Amount |
|---|---|---|
| Sub Contractor Pay | | **$20,200.00** |
| Materials | | **$6,400.00** |
| Taxes | | **$500.00** |
| Gas | | **$1,400.00** |

**Total Monthly Expenses**                                                                                  **$28,500.00**

**Net Monthly Income:**                                                                                       **$9,500.00**

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Jason** | **Earl** | **Bockel** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jodi** | **Leigh** | **Bockel** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **22-30043-H1-13**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                                12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach another sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1:    Describe Your Household

**1.    Is this a joint case?**

☐  No.  Go to line 2.

☑  Yes.  **Does Debtor 2 live in a separate household?**

    ☑  No

    ☐  Yes.  Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2.    Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐  No

☑  Yes.  Fill out this information for each dependent.............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Mother** | **65** | ☐ No  ☑ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

**3.    Do your expenses include expenses of people other than yourself and your dependents?**

☑  No
☐  Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.  If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

Your expenses

**4.    The rental or home ownership expenses for your residence.**
Include first mortgage payments and any rent for the ground or lot.                4.    _____

If not included in line 4:

4a.    Real estate taxes                                                                4a.    _____

4b.    Property, homeowner's, or renter's insurance                            4b.    _____**$300.00**

4c.    Home maintenance, repair, and upkeep expenses                        4c.    _____**$100.00**

4d.    Homeowner's association or condominium dues                            4d.    _____

Debtor 1    **Jason Earl Bockel**

Debtor 2    **Jodi Leigh Bockel** _____    Case number (if known)    **22-30043-H1-13**

**Your expenses**

| | | |
|---|---|---|
| **5.** | **Additional mortgage payments for your residence,** such as home equity loans | 5. _____ |
| **6.** | **Utilities:** | |
| | 6a.  Electricity, heat, natural gas | 6a. _____ **$300.00** |
| | 6b.  Water, sewer, garbage collection | 6b. _____ **$25.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. _____ **$375.00** |
| | 6d.  Other.  Specify: _____ | 6d. _____ |
| **7.** | **Food and housekeeping supplies** | 7. _____ **$500.00** |
| **8.** | **Childcare and children's education costs** | 8. _____ |
| **9.** | **Clothing, laundry, and dry cleaning** | 9. _____ **$40.00** |
| **10.** | **Personal care products and services** | 10. _____ **$50.00** |
| **11.** | **Medical and dental expenses** | 11. _____ **$175.00** |
| **12.** | **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. _____ **$125.00** |
| **13.** | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. _____ |
| **14.** | **Charitable contributions and religious donations** | 14. _____ |
| **15.** | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.  Life insurance | 15a. _____ |
| | 15b.  Health insurance | 15b. _____ |
| | 15c.  Vehicle insurance | 15c. _____ **$630.00** |
| | 15d.  Other insurance.  Specify: _____ | 15d. _____ |
| **16.** | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. _____ |
| **17.** | **Installment or lease payments:** | |
| | 17a.  Car payments for Vehicle 1    **American Credit- 2012 Buick Enclave** | 17a. _____ **$446.00** |
| | 17b.  Car payments for Vehicle 2 | 17b. _____ |
| | 17c.  Other.  Specify: _____ | 17c. _____ |
| | 17d.  Other.  Specify: _____ | 17d. _____ |
| **18.** | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. _____ |
| **19.** | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. _____ |
| **20.** | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | |
| | 20a.  Mortgages on other property | 20a. _____ |
| | 20b.  Real estate taxes | 20b. _____ |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. _____ |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. _____ |
| | 20e.  Homeowner's association or condominium dues | 20e. _____ |

| Debtor 1 | **Jason Earl Bockel** | | |
|---|---|---|---|
| Debtor 2 | **Jodi Leigh Bockel** | Case number (if known) | **22-30043-H1-13** |

**21. Other.** Specify: <u>**See continuation sheet**</u>          21. **+**          **$130.00**

**22. Calculate your monthly expenses.**

22a. Add lines 4 through 21.          22a.          **$3,196.00**

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.          22b.

22c. Add line 22a and 22b.  The result is your monthly expenses.          22c.          **$3,196.00**

**23. Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from Schedule I.          23a.          **$9,946.00**

23b. Copy your monthly expenses from line 22c above.          23b. **−**          **$3,196.00**

23c. Subtract your monthly expenses from your monthly income.
The result is your monthly net income.          23c.          **$6,750.00**

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. | Explain here:
**None.**

Debtor 1    **Jason Earl Bockel**

Debtor 2    **Jodi Leigh Bockel**                                    Case number (if known)   **22-30043-H1-13**

**21.  Other.  Specify:**

**(ESF Per Plan) $50.00**                                                                **$0.00**

**Pet Expenses**                                                                              **$100.00**

**Lawn Care**                                                                                  **$30.00**

                                                                          **Total:**          | **$130.00** |

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Jason** | **Earl** | **Bockel** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jodi** | **Leigh** | **Bockel** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number     **22-30043-H1-13**
(if known)

☐ Check if this is an
   amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.**

### Part 1:     Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B......................................................... | **$411,010.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.............................................. | **$98,364.50** |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................................ | **$509,374.50** |

### Part 2:     Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$456,218.24** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................................... | **$153,487.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+** | **$100,319.32** |
| | **Your total liabilities** | **$710,024.56** |

### Part 3:     Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I............................................................... | **$9,946.00** |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J...................................................................... | **$3,196.00** |

Debtor 1    **Jason Earl Bockel**
Debtor 2    **Jodi Leigh Bockel**                                    Case number (if known)   **22-30043-H1-13**

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.
☑   Yes

7.   **What kind of debt do you have?**

☑   **Your debts are primarily consumer debts.**   *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐   **Your debts are not primarily consumer debts.**   You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.   **From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.                                    **$8,121.00**

9.   **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

                                                                                                   Total claim

**From Part 4 on** *Schedule E/F,* **copy the following:**

9a.   Domestic support obligations.  (Copy line 6a.)                                               **$0.00**

9b.   Taxes and certain other debts you owe the government.  (Copy line 6b.)              **$150,000.00**

9c.   Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)         **$0.00**

9d.   Student loans.  (Copy line 6f.)                                                       **$5,505.95**

9e.   Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)                                                       **$0.00**

9f.   Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)   **+**   **$0.00**

9g.   **Total.**   Add lines 9a through 9f.                                                 **$155,505.95**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jason** | **Earl** | **Bockel** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jodi** | **Leigh** | **Bockel** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **22-30043-H1-13**
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Jason Earl Bockel**                          X **/s/ Jodi Leigh Bockel**
Jason Earl Bockel, Debtor 1                        Jodi Leigh Bockel, Debtor 2

Date   **01/18/2022**                                   Date   **01/18/2022**
MM / DD / YYYY                                         MM / DD / YYYY